DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FIOR RODRIGUEZ,**
Appellant,

v.

**UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D20-1352

[May 13, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE18-001866.

Frantz C. Nelson of Font & Nelson, PLLC, Fort Lauderdale, for appellant.

Elizabeth K. Russo and Paulo R. Lima of Russo Appellate Firm, P.A., Miami, and Steven J. Chackman of Bernstein, Chackman, Liss, Hollywood, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER, and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***